**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 758 MAL 2014
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
JAMES SNOWDEN, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.